UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF COMMERCE and<br>U.S. DEPARTMENT OF THE TREASURY,<br><br>Defendants. | 1:18-cv-754 (ABJ) |

## JOINT STATUS REPORT

Pursuant to this Court's October 11, 2018 Order, the parties respectfully submit this status report updating the Court on the status of production in the above-referenced Freedom of Information Act matter.

Defendants had intended to complete their production of records by November 10. However, Defendants were unable to complete production by that date given an inability to coordinate with all necessary stakeholders within the Department of the Treasury regarding the last group of responsive records. Defendants intend to complete production by December 10, 2018. The parties propose to submit another Joint Status Report on or before December 12, 2018, at which point the parties will make recommendations concerning further proceedings in this matter.

Dated: November 12, 2018

Respectfully Submitted,

*/s/ John T. Lewis*
JOHN T. LEWIS, BAR # 1033826
Democracy Forward Foundation
P.O. Box 34553

        Washington, DC 20043
        (202) 448-9090
        jlewis@democracyforward.org

        *Counsel for Plaintiff*

        JESSIE K. LIU
        D.C. BAR # 472845
        United States Attorney
        for the District of Columbia

        DANIEL F. VAN HORN
        D.C. BAR # 924092
        Civil Chief

By:   */s/ Benton G. Peterson (with consent)*
        BENTON G. PETERSON, BAR # 1029849
        Assistant United States Attorney
        U.S. Attorney's Office
        555 4th Street, N.W. - Civil Division
        Washington, D.C. 20530
        (202) 252-2534

        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 12, 2018, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM-ECF system.

      /s/ *John T. Lewis*
      John T. Lewis