UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF COMMERCE and<br>U.S. DEPARTMENT OF THE TREASURY,<br><br>Defendants. | 1:18-cv-754 (ABJ) |

## JOINT STATUS REPORT

Pursuant to this Court's November 13, 2018 Order, the parties respectfully submit this status report updating the Court on the status of production in the above-referenced Freedom of Information Act matter.

Defendants have completed production and are awaiting confirmation of receipt from Plaintiff. Plaintiff will require some time to review the production. After review, the parties intend to confer once again to determine the need for further litigation. The parties propose to submit another Joint Status Report on or before January 18, 2019, at which point the parties will make recommendations concerning further proceedings in this matter.

Respectfully Submitted,

*/s/ John T. Lewis*
JOHN T. LEWIS, BAR # 1033826
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
jlewis@democracyforward.org

*Counsel for Plaintiff*

JESSIE K. LIU
D.C. BAR # 472845
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN
D.C. BAR # 924092
Civil Chief

By:  */s/ Benton G. Peterson (with consent)*
BENTON G. PETERSON, BAR # 1029849
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 252-2534

*Counsel for Defendants*

2