IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF COMMERCE and<br>U.S. DEPARTMENT OF THE TREASURY,<br><br>*Defendants*. | 1:18-cv-754 (ABJ) |

## STIPULATION OF DISMISSAL

Plaintiff Democracy Forward Foundation hereby stipulates to the dismissal of this matter without prejudice pursuant to Rule 41(a)(1)(A)(ii) in light of Defendants' representation that they have completed production. Each party will bear its own attorneys' fees and costs. The parties respectfully request that the Court vacate today's deadline for submission of a joint status report.

| | |
|---|---|
| JESSIE K. LIU<br>D.C. BAR # 472845<br>United States Attorney<br> for the District of Columbia<br><br>DANIEL F. VAN HORN<br>D.C. BAR # 924092<br>Civil Chief<br><br>*/s/ Benton G. Peterson (with consent)*<br>BENTON G. PETERSON<br>D.C. BAR # 1029849<br>Assistant United States Attorney<br>U.S. Attorney's Office – Civil Division<br>555 4th Street, N.W.<br>Washington, D.C. 20530<br>(202) 252-2534<br><br>*Counsel for Defendants* | Respectfully submitted,<br><br>*/s/ John T. Lewis*<br>JOHN T. LEWIS<br>D.C. BAR # 1033826<br>Democracy Forward Foundation<br>P.O. Box 34553<br>Washington, DC 20043<br>(202) 448-9090<br>jlewis@democracyforward.org<br><br>*Counsel for Plaintiff* |

## CERTIFICATE OF SERVICE

      I hereby certify that on February 12, 2019, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM-ECF system.

                                        */s/ John T. Lewis*
                                        John T. Lewis